1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.R. SMEED, doing business as NATIONAL CHARGER LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> NEXTERA ENERGY RESOURCES, LLC, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: 1:14-cv-00077 -AWI - JLT <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE DATED JUNE 2, 2014 <br><br> ORDER REDESIGNATING THE TRIAL IN THIS ACTION AS A BENCH TRIAL |

On June 2, 2013, the Court issued an Order to Show Cause to Plaintiff for failure to file a brief regarding whether Plaintiff is entitled to a jury trial.  (Doc. 12.)  In response, Plaintiff and Defendants filed a stipulation asserting that "[t]he parties both consent to this matter being tried by the court sitting without a jury."  (Doc. 13.)  Accordingly, **IT IS HEREBY ORDERED**:

    1.    The Order to Show Cause dated June 2, 2014 is **DISCHARGED**; and

    2.    The Clerk is directed to re-designate the trial in this action as a bench trial.

IT IS SO ORDERED.

Dated: __**June 3, 2014**__           _____**/s/ Jennifer L. Thurston**_____
                                   UNITED STATES MAGISTRATE JUDGE

1