# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R. SMEED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEXTERA ENERGY RESOURCES, LLC, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-00077 -AWI - JLT<br><br>ORDER GRANTING IN PART STIPULATION TO AMEND THE CASE SCHEDULE<br><br>(Doc. 18) |

Before the Court is the stipulation of counsel to amend the scheduling order. (Doc. 18) The parties report that they are engaged in settlement discussions but in order for the negotiations to proceed, Plaintiff has retained an expert to value the power line at issue. Id. at 2.

Though the parties wish to preserve their pretrial and trial dates they seek to extend every other remaining date in their schedule. Unfortunately, the proposed dates fail to allow sufficient time to allow a dispositive motion to be decided before the pretrial conference.

**ORDER**

Based upon the foregoing, the Court **GRANTS IN PART** the stipulation to amend the case schedule as follows:

1. Non-Expert discovery **SHALL** be completed no later than **February 27, 2015**;
2. Expert disclosures **SHALL** be made no later than **March 6, 2015**;
3. Rebuttal Expert disclosures **SHALL** be made no later than **March 20, 2015**;

  4. Expert discovery **SHALL** be completed no later than **April 3, 2015**;

  5. Non-dispositive motions **SHALL** be filed no later than **April 10, 2015** and heard no later than **May 8, 2015**;

  6. Dispositive motions **SHALL** be filed no later than **May 18, 2015** and heard no later than **July 6, 2015**;

  7. To the extent the stipulation requested different dates than those selected here, the stipulation is **DENIED**.

  <u>**No other amendments to the schedule are authorized**</u>.

IT IS SO ORDERED.

  Dated:  **November 26, 2014**     **/s/ Jennifer L. Thurston**
                   UNITED STATES MAGISTRATE JUDGE