Andrew K. Sheffield, CSB # 220735
LAW OFFICES OF
LEBEAU • THELEN, LLP
5001 East Commercenter Drive, Suite 300
Post Office Box 12092
Bakersfield, California  93389-2092
(661) 325-8962; Fax (661) 325-1127
e-mail: asheffield@lebeauthelen.com

Attorneys for Plaintiff, J.R. Smeed dba National Charter Life Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R. SMEED dba National Charter Life Insurance Company,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>NEXTERA ENERGY, INC., a Delaware Corporation; NEXTERA ENERGY RESOURCES, LLC, a Delaware limited liability company fka FPL Energy, LLC and/or FPL Energy Sky River Wind, LLC; DINA GUENTHER, an individual, and DOES 1-100, inclusive,<br><br>　　　　　　　Defendants. | Case No. 1:14-CV-00077-AWI-JLT<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER**<br><br><br>Trial Date:  October 27, 2015<br><br>Pre-Trial Conf:  August 26, 2015 |

///
///
///
///
///
///
///
///

**1**
**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

1  IT IS HEREBY STIPULATED AND AGREED that this action be and hereby is
2 dismissed in its entirety, with prejudice. The parties agree to bear their own costs,
3 including possible attorneys' fees or other expenses related to this litigation.

4  Dated:  March _19, 2015            LeBEAU-THELEN, LLP

6                                     By: __/s/_ Andrew K. Sheffield_____
                                       ANDREW K. SHEFFIELD, ESQ.
7                                      LeBEAU-THELEN, LLP
                                       5001 E. Commercenter Dr., 300
8                                      Bakersfield, CA 93309
                                       Tel:  (661) 325-8962
9                                      Fax:  (661) 325-1127
                                       email: asheffield@lebeauthelen.com
10
                                       Attorneys for Plaintiff J.R. SMEED
11                                     dba National Charter Life Insurance
                                       Company
12

13  Dated:  March _19, 2015            DRINKER BIDDLE & REATH LLP

14

15                                     By:  _/s/_ Kristopher S. Davis_____
                                       GEORGE T. CAPLAN, ESQ.
16                                     KRISTOPHER S. DAVIS, ESQ.
                                       PAUL M. GELB, ESQ.
17                                     1800 Century Park East, #1500
                                       Los Angeles, CA 90067-1517
18                                     Tel:  (310) 203-4000
                                       Fax:  (310) 229-1285
19                                     email: george.caplan@dbr.com
                                              kristopher.davis@dbr.com
20                                            paul.gelb@dbr.com

21                                     Attorneys for  Defendants
                                       NEXTERA ENERGY, INC.;
22                                     NEXTERA ENERGY
                                       RESOURCES, LLC; and DINA
23                                     GUENTHER

24

25

26

27

28

**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

**ORDER**

Pursuant to the foregoing, this Court dismisses the entire case with prejudice. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   March 20, 2015                                    _____
                                                            SENIOR DISTRICT JUDGE

**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**